PER CURIAM.
Affirmed. Nixon v. State, 572 So.2d 1336, 1341 (Fla.1990), cert. denied, 502 U.S. 854, 112 S.Ct. 164, 116 L.Ed.2d 128 (1991); Dufour v. State, 495 So.2d 154, 160 (Fla.1986), cert. denied, 479 U.S. 1101, 107 S.Ct. 1332, 94 L.Ed.2d 183 (1987); State v. DiGuilio, 491 So.2d 1129, 1135 (Fla.1986); O’Connell v. State, 480 So.2d 1284, 1286 (Fla.1985); Ferguson v. State, 417 So.2d 639, 641 (Fla.1982); Breedlove v. State, 413 So.2d 1, 8 (Fla.), cert. denied, 459 U.S. 882, 103 S.Ct. 184, 74 L.Ed.2d 149 (1982); State v. Jones, 204 So.2d 515, 519 (Fla.1967); Broge v. State, 288 So.2d 280 (Fla. 4th DCA), cert. denied, 295 So.2d 302 (Fla.), cert. denied, 419 U.S. 845, 95 S.Ct. 79, 42 L.Ed.2d 74 (1974).